IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**TERENCE B. BENJAMIN, SR.**                                                **PLAINTIFF**

**v.**                                   **CAUSE NO. 1:14CV115-LG-JCG**

**HARRISON COUNTY and**
**STATE OF MISSISSIPPI**                                                     **DEFENDANTS**

## FINAL JUDGMENT

Pursuant to the Order [19] Granting the Motion to Dismiss filed by Harrison County, and the Order entered contemporaneously herewith granting the Motion to Dismiss filed by the State of Mississippi,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of Harrison County, Mississippi, pursuant to *Heck v. Humphrey*, 512 U.S. 477 (1994). Terence B. Benjamin, Sr.'s claims against Harrison County are hereby **DISMISSED WITH PREJUDICE**.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that Terence B. Benjamin, Sr.'s claims against the State of Mississippi are hereby **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, in accordance with Fed. R. Civ. P. 54(d)(1), the defendants are entitled to recover costs from the plaintiff.

**SO ORDERED AND ADJUDGED** this the 14th day of September, 2015.

                                                *s/ Louis Guirola, Jr.*
                                                LOUIS GUIROLA, JR.
                                                CHIEF U.S. DISTRICT JUDGE